IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARBARA LEGRAND,

    Plaintiff,

vs.                                                     1:07-CV-115-SPM

COTTON STATES MUTUAL
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER PERMITTING DEFENDANT TO FILE AMENDED ANSWER**

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Amend Answer and Affirmative Defenses and Unopposed Motion to Amend Scheduling Order" (doc. 15). Defendant requests to add an additional affirmative defense after learning certain facts from documents submitted to Defendant from Plaintiff. The motion certifies that opposing counsel does not object to the amendment. Additionally, the parties request that certain deadlines be extended to accommodate newly discovered evidence that may effect the opinion of expert testimony being prepared by the parties. The parties certify that the trial date will not be affected by the granting of the request.

The Court, pursuant to Federal Rule of Civil Procedure 15(a), finds good reason to allow the amended answer to be filed. Furthermore, The Court finds the deadline extensions to be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to amend Defendant's answer and modify pre-trial deadlines (doc. 15) is hereby *granted*.

2. The Clerk is directed to file the answer (attachment 1 to doc. 15) as of the date this order is signed.

3. Plaintiff shall supplement her expert disclosures on or before ***December 24, 2007.***

3. Defendant shall supplement their expert disclosures on or before ***December 31, 2007.***

4. All discovery shall be completed on or before ***January 31, 2008***.

5. All dispositive motions shall be filed on or before ***February 11, 2008***.

6. All other dates in the mediation and scheduling order (doc. 9) shall remain in full force and effect.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of December, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge