IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARBARA LEGRAND,

    Plaintiff,

vs.                                             1:07-CV-115-SPM

COTTON STATES MUTUAL
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Defendant's "Notice of Settlement" (doc. 20) and Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this twenty-fifth day of February, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge