IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BARBARA LEGRAND,

    Plaintiff,

vs.                                                   1:07-CV-115-SPM

COTTON STATES MUTUAL
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW MOTION

Upon consideration, Defendant's motion to withdraw their Motion to Enforce Settlement (doc. 27) is hereby ***granted***. "Defendant's Motion to Reopen Case, Enforce Settlement Agreement and for Attorney's Fees" (doc. 22) is hereby deemed ***withdrawn***.

DONE AND ORDERED this <u>fourteenth</u> day of July, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge